1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES CARL KELLY,                                    No.  2:23-CV-2581-DMC-P

12                    Plaintiff,

13           v.                                           ORDER GRANTING IN FORMA PAUPERIS
                                                          STATUS AND DIRECTING PAYMENT OF
14   NEWSOM, et al.,                                      FILING FEES

15                    Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma

19   pauperis, ECF No. 2.  Plaintiff has submitted a declaration that makes the showing required by 28

20   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, granted.

21           To:    The California Department of Corrections and Rehabilitation
                    1515 S Street, Sacramento, California 95814:
22

23           Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

24   In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to

25   make monthly payments in the amount of twenty percent of the preceding month's income

26   credited to Plaintiff's inmate trust account.  The agency referenced above is required to send to

27   the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate

28   trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

1

1 | $350.00 is paid in full.  <u>See</u> 28 U.S.C. § 1915(b)(2).

2 |                Accordingly, IT IS HEREBY ORDERED that:

3 |              1.     Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is

4 | granted;

5 |              2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this

6 | action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

7 |              3.     The director of the agency referenced above, or a designee, shall collect

8 | from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

9 | of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

10 | to be clearly identified by the name and number assigned to this action;

11 |              4.     Thereafter, the director of the agency referenced above, or a designee, shall

12 | collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

13 | payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

14 | preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

15 | the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

16 | U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

17 | payments to be clearly identified by the name and number assigned to this action;

18 |              5.     The Clerk of the Court is directed to serve a copy of this order and a copy

19 | of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

20 |              6.     The Clerk of the Court is further directed to serve a copy of this order on

21 | the Financial Department of the Court.

22 |

23 | Dated:  December 5, 2023

24 |  

25 |                                     DENNIS M. COTA<br>                                    UNITED STATES MAGISTRATE JUDGE

26 |

27 |

28 |

2